## BIRMINGHAM RAILWAY LIGHT & POWER CO. V. RICE.

(Decided Jan. 13, 1910.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

TILLMAN, GRUBB, BRADLEY & MORROW, and CHARLES E. RICE, for appellant.

STALLINGS & DREENAN, and WILEY LOGAN, for appellee.

Per curiam.—Appeal dismissed by agreement of parties.